# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TAWANNA JONES,
in her own behalf and a next friend
of D.M.J.

        Plaintiffs

v.

DISTRICT OF COLUMBIA

        Defendant.

Case No. 00-cv-593 (RCL)

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Plaintiffs shall pay, within 30 days of the date of this Order, $2,451.38, an amount which represents the overpayment made by Defendant in this case.

**SO ORDERED.**

Date: _____12/21/21_____

                             _____
                             ROYCE C. LAMBERTH
                             UNITED STATES DISTRICT JUDGE